[No. 72654-4-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VINOD CHANDRA RAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09843-8, Carol A. Schapira, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 72702-8-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON BLAIR JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13384-5, Samuel Chung, J., entered November 3, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 72716-8-I.   Division One.   June 13, 2016.]

JOYCE E. SHOEMAKE, *Appellant*, v. ELI LILLY & COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-04279-9, Douglass A. North, J., entered October 27, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 72807-5-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL FABIAN SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02225-1, William L. Downing, J., entered December 5, 2014. *Affirmed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Dwyer, J.